DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EDWARD F. SMITH,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-1980

[October 3, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Glenn D. Kelley, Judge; L.T. Case No. 96CF000316.

Edward F. Smith, Miami, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., TAYLOR and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***